*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

CRAIG BAYMON                                                                                          PLAINTIFF

vs.                                        CASE NO. 3:08cv00044 JMM

JANICE E. EDWARDS                                                                                 DEFENDANT

### ORDER OF DISMISSAL

Having been notified by the parties that a settlement has been reached in this matter, the Court finds that this case should be dismissed. The jury trial scheduled March 9, 2009, is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice as to all parties. All pending motions are moot.

The Court retains complete jurisdiction for sixty (60) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within thirty (30) days of the date of this order.

IT IS SO ORDERED this 25th day of February, 2009.

UNITED STATES DISTRICT JUDGE